NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH EDWARD FELIPE, JR.,   )
             )
             )
    Appellant,     )
             )
v.            )  Case No. 2D18-1280
             )
STATE OF FLORIDA,     )
             )
    Appellee.     )
_____)

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Highlands County; Judge Peter F. Estrada.

Kenneth Edward Felipe, Jr.
Pro se.

PER CURIAM.

    Affirmed.

LaROSE, C.J., and LUCAS, and SALARIO, JJ, Concur.